SHEA & CARLYON, LTD.
L. JOE COPPEDGE
Nevada Bar No. 4954
701 Bridger Avenue, Suite 850
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email: jcoppedge@cekcounsel.com

and

MICHAEL A. FARBSTEIN *(admitted pro hac vice)*
FARBSTEIN & BLACKMAN, PC
411 Borel Avenue, Suite 425
San Mateo, California 94402
Telephone: (650) 554-6200
Email: maf@farbstein.com

*Attorneys for Defendants*

and

ROBERT W. DACE *(admitted pro hac vice)*
SPENCER F. SMITH *(admitted pro hac vice)*
MCAFEE & TAFT, P.C.
211 North Robinson, 10th Floor
Two Leadership Square
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-9621
Email: robert.dace@mcafeetaft.com
Email: spencer.smith@mcafeetaft.com

*Attorneys for Defendant, Express Services, Inc.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BARRY D. BLOOM, an individual, | Case No. 2:10-cv-01608-KJD(LRL) |
| Plaintiff, | STIPULATION AND ADMINISTRATIVE CLOSING ORDER |
| vs. | |

CLAIMETRICS MANAGEMENT, LLC, a Nevada limited liability company; SNIPES MANAGEMENT COMPANY, LLC, a limited liability company; A. MARSHALL SNIPES, an individual; EXPRESS HALLMARK HOLDING CO., LLC, a limited liability company; EXPRESS SERVICES, INC., a corporation; THOMAS N. RICHARDS, an individual; and DOES 1 through 20, inclusive,

Defendants.

Plaintiff, Barry D. Bloom, an individual ("Plaintiff") by and through his attorneys, J. Joseph Wall, Jr. of the Law Offices of J. Joseph Wall, Jr. and Nicholas J. Drakulich of The Drakulich Firm, and Defendants, Claimetrics Management, LLC, Snipes Management Company, LLC, A. Marshall Snipes, Express Hallmark Holding Co., LLC, Express Services, Inc. and Thomas N. Richards (collectively, the "Defendants") by and through their attorneys, Michael A. Farbstein of Farbstein and Blackman, PC and L. Joe Coppedge of Shea & Carlyon, Ltd., and Defendant, Express Services, Inc., by and through their attorneys, Robert W. Dace and Spencer F. Smith of McAfee & Taft, P.C. hereby stipulate and agree that the parties have reached a settlement in principle of the pending matter and request that the Court enter an order that: (1) the Clerk administratively terminate this action in his records without prejudice to the rights of the parties to reopen the proceeding for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation; and (2) if the parties have not reopened this case within 60 days of this date for the purpose of dismissal pursuant to the settlement compromise, Plaintiff's action shall be deemed to be dismissed with prejudice.

///

*SHEA & CARLYON, LTD.*
701 Bridger Avenue, Suite 850
Las Vegas, Nevada 89101
(702) 471-7432

2

1    IT IS SO STIPULATED AND AGREED by and between the parties, by and through
2    their respective counsel of record.

3    Dated:  September 28, 2011          LAW OFFICES OF J. JOSEPH WALL, JR.

4                                        */s/ J. Joseph Wall, Jr.*
5                                        J. JOSEPH WALL, JR. *(admitted pro hac vice)*
                                         Sixty-Six E. Santa Clara Street, Suite 250
6                                        San Jose, California  95113
                                         Telephone:    (408) 494-0704
7                                        Fax:    (408) 494-0707
8                                        jwalljr@pacbell.net

9                                               and

10                                       NICHOLAS J. DRAKULICH
11                                       THE DRAKULICH FIRM
                                         245 East Liberty Street, Suite 510
12                                       Reno, Nevada  89501
                                         Telephone:     (7745) 322-0673
13                                       njd@draklaw.com

14
                                         *Attorneys for Plaintiff*
15
16   Dated:  September 28, 2011          FARBSTEIN & BLACKMAN, PC

17                                       */s/ Michael A. Farbstein*
                                         MICHAEL A. FARBSTEIN *(admitted pro hac vice)*
18                                       FARBSTEIN & BLACKMAN, PC
                                         411 Borel Avenue, Suite 425
19                                       San Mateo, California 94402
                                         Telephone:     (650) 554-6200
20                                       maf@farbstein.com

21                                              and
22
                                         L. JOE COPPEDGE
23                                       Nevada Bar No. 4954
                                         701 Bridger Avenue, Suite 850
24                                       Las Vegas, Nevada 89101
                                         Telephone:    (702) 471-7432
25                                       Facsimile:    (702) 471-7435
26                                       jcoppedge@cekcounsel.com
                                         *Attorneys for Defendants*
27                                              and
28

*SHEA & CARLYON, LTD.*
701 Bridger Avenue, Suite 850
Las Vegas, Nevada 89101
(702) 471-7432

3

ROBERT W. DACE *(admitted pro hac vice)*
SPENCER F. SMITH *(admitted pro hac vice)*
211 North Robinson, 10th Floor
Two Leadership Square
Oklahoma City, Oklahoma  73102
Telephone:     (405) 235-9621
robert.dace@mcafeetaft.com
spencer.smith@mcafeetaft.com

*Attorneys for Defendant, Express Srvices, Inc.*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  10/3/11

## NOTICE OF ELECTRONIC SERVICE

I hereby certify that on the 28th day of September, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

          /s/*Monica Metoyer*
          An employee of
          Shea & Carlyon, Ltd.

*SHEA & CARLYON, LTD.*
701 Bridger Avenue, Suite 850
Las Vegas, Nevada 89101
(702) 471-7432